IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>*Defendant*. | Civil Action No. 1:22-cv-762 (CKK) |

## JOINT STATUS REPORT

Pursuant to the Court's June 6, 2022 Minute Order, Plaintiff Electronic Privacy Information Center ("EPIC") and Defendant U.S. Immigration and Customs Enforcement ("ICE"), hereby submit a Joint Status Report ("JSR"), which includes the parties' joint proposal for further proceedings.

1. As previously reported, ICE's search for records responsive to EPIC's Freedom of Information Act ("FOIA") request returned approximately 9,500 potentially responsive pages. ICE provided its final interim response on December 22, 2023.

2. Since the last JSR, EPIC asked ICE for a description of ICE's search, which ICE provided on April 26, 2024. EPIC is presently reviewing that description, as well as ICE's productions, to identify any additional questions for conferral with ICE.

3. To the extent that EPIC identifies any questions for ICE regarding its search or productions, the parties will confer, with the mutual goal of narrowing or eliminating any potential issues requiring judicial resolution.

4. In the Court's June 6, 2022 Minute Order, it directed the parties to file JSRs in this matter

every 90 days, as necessary. Accordingly, the parties will file their next JSR on or before July 29, 2024.[1] In the JSR, the parties will provide an update as to whether EPIC identified any further questions for ICE, their progress on any attendant conferral process, and a proposal for further proceedings, if necessary.

Respectfully submitted,

| | |
|---|---|
| Alan Butler, D.C. Bar # 1012128<br>EPIC President and Executive Director<br><br>/s/ Jeramie D. Scott<br>Jeramie D. Scott, D.C. Bar #1025909<br>Senior Counsel<br>ELECTRONIC PRIVACY INFORMATION CENTER<br>1519 New Hampshire Ave, N.W.<br>Washington, D.C. 20036<br>(202) 483-1140 (telephone)<br>(202) 483-1248 (facsimile)<br><br>*Counsel for Plaintiff* | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>ELIZABETH J. SHAPIRO<br>Deputy Branch Director<br><br>/s/ Ross Slaughter<br>Ross Slaughter (NC Bar No. 58086)<br>Trial Attorney<br>Federal Programs Branch<br>U.S. Department of Justice<br>Civil Division<br>1100 L Street NW<br>Washington, DC 20005<br>(202) 616-8185<br>Ross.M.Slaughter@usdoj.gov<br><br>*Counsel for Defendant* |

DATED: April 29, 2024

---

[1] Because the last day of the 90-day period for submitting the next Joint Status Report falls on a Sunday (July 28, 2024), the period is automatically extended until the end of the next business day. *See* Federal Rule of Civil Procedure 6(a)(1)(C).